JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACKSON, | CASE NO. CV08-6592-AHM (VBKx) |
| Plaintiff(s), | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| SPEEDSHAPE, INC., *et al.*, | |
| Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 15, 2009

_____
A. HOWARD MATZ
United States District Judge

JS-6